Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-09-00758-CV

Gordon W. **BOBBITT**,
Appellant

v.

**SCENIC HILLS COMMUNITY ASSOCIATION, INC**. and Robert Statzer, President,
Appellees

From the County Court at Law No. 1, Guadalupe County, Texas
Trial Court No. 2009-CV-0341
Honorable Linda Z. Jones, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed: January 13, 2010

DISMISSED

Appellant filed a motion to dismiss this appeal with each party bearing its own costs.

However, the motion does not contain a certificate of conference or any attachment reflecting an

agreement of the parties regarding the assessment of costs. *See* TEX. R. APP. P. 42.1(d) (absent

agreement of parties, costs are taxed against appellant). Accordingly, we grant the motion to

dismiss, but order all costs of the appeal assessed against appellant.  *See* TEX. R. APP. P. 42.1(a)(1),

(d).


PER CURIAM